IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH CHOWNING**                                                                                           **PLAINTIFF**

v.                              CASE NO. 4:25-CV-00459-BSM

**DOES**, *et al.*                                                                                            **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE